UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------x
DAVID JAROSLAWICZ, individually and   :
on behalf of all others similarly situated,
                                      :
                Plaintiff,            :
                                      :
        v.                            :
                                      :
M&T BANK CORPORATION, HUDSON          :
CITY BANCORP, INC., ROBERT G.         :
WILMERS, RENÉ F. JONES, MARK J.       :
CZARNECKI, BRENT D. BAIRD, C.         :   Civil Action No. 1:15-cv-00897-RGA
ANGELA BONTEMPO, ROBERT T.            :
BRADY, T. JEFFERSON CUNNINGHAM        :   Honorable Richard G. Andrews
III, GARY N. GEISEL, JOHN D. HAWKE,   :
JR., PATRICK W.E. HODGSON,            :
RICHARD G. KING, JORGE G. PEREIRA,    :
MELINDA R. RICH, ROBERT E.            :
SADLER, JR., HERBERT L.               :
WASHINGTON, DENIS J. SALAMONE,        :
MICHAEL W. AZZARA, VICTORIA H.        :
BRUNI, DONALD O. QUEST, JOSEPH G.     :
SPONHOLZ, CORNELIUS E. GOLDING,       :
WILLIAM G. BARDEL, and SCOTT A.       :
BELAIR,                               :
                Defendants.           :
---------------------------------x
```

**STIPULATION AND [PROPOSED] SCHEDULING ORDER NUMBER 1**

This Stipulation is entered into between Defendants M&T Bank Corporation ("M&T Bank"), Robert G. Wilmers, Rene F. Jones, Mark J. Czarnecki, Brent D. Baird, Angela C. Bontempo, Robert T. Brady, Jefferson T. Cunningham, III, Gary N. Geisel, John D. Hawke, Jr., Patrick W.E. Hodgson, Richard G. King, Jorge G. Pereira, Melinda R. Rich, Robert E. Sadler, Jr., and Herbert L. Washington (collectively, the "M&T Defendants") and Hudson City Bancorp, Inc. ("Hudson City"), Denis J. Salamone, Michael W. Azzara, Victoria H. Bruni, Donald O. Quest, Joseph G. Sponholz, Cornelius E. Golding, William G. Bardel, and Scott A. Belair

(collectively, the "Hudson City Defendants") and present Plaintiff David Jaroslawicz and Lead Plaintiff the Belina Family in the above-captioned action:

WHEREAS, the Court appointed the Belina Family as Lead Plaintiff on January 8, 2016;

WHEREAS, counsel for all defendants have appeared;

WHEREAS, counsel for all parties have discussed a proposed schedule in this matter;

IT IS HEREBY STIPULATED AND AGREED that

1. Lead Plaintiff shall file an Amended Complaint by February 19, 2016;

2. Defendants shall respond to the Amended Complaint by April 19, 2016;

3. If Defendants file Motions to Dismiss, Lead Plaintiff's Opposition to the Motions to Dismiss shall be filed by June 20, 2016;

4. Defendants' Reply in Support of their Motions to Dismiss shall be filed by July 20, 2016.

Dated: January 20, 2016

| **MURPHY & LANDON** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| /s/ *Francis J. Murphy* | /s/ *Kevin R. Shannon* |
| Francis J. Murphy, Jr. (DE Bar No. 223) | Kevin R. Shannon (DE Bar No. 3137) |
| Jonathan L. Parshall (DE Bar No. 3247) | Hercules Plaza |
| 1011 Centre Road, Suite 210 | 1313 N. Market Street, 6th Floor |
| Wilmington DE, 19805 | Wilmington, Delaware 19899-0951 |
| Tel: 302-472-8100 | Tel: 302-984-6000 |
| *Local Counsel for Lead Plaintiff* | **SULLIVAN & CROMWELL LLP** |
| | Tracy Richelle High |
| **KAUFMAN, COREN & RESS, P.C.** | Christen M. Martosella |
| Deborah R. Gross | 125 Broad Street |
| 2001 Market St. | New York, New York 10004-2498 |
| Philadelphia, PA 19103 | Tel: 212-558-4000 |
| Tel: 215-735-8700 | |

**PASKOWITZ LAW FIRM P.C.**
Laurence D. Paskowitz
208 East 51st Street, Suite 380
New York, NY 10022
Tel: 212-685-0969

*Lead Counsel for Lead Plaintiff*

*Additional Plaintiff's Counsel*:

**ROY JACOBS & ASSOCIATES**
Roy Jacobs
420 Lexington Avenue, Suite 2440
New York, NY 10170
Tel: 212-867-1156

*Counsel for Defendants Hudson City Bancorp, Inc., Denis Salamone, Victoria H. Bruni, Donald O. Quest, Joseph G. Sponholz, Scott A. Belair, Michael W. Azzara, William G. Bardel and Cornelius E. Golding*

**REED SMITH LLP**

*/s/ John C. Cordrey*
John C. Cordrey (DE Bar No. 5324)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Tel: 302-778-7500

**WACHTELL LIPTON ROSEN & KATZ**

Gorge T. Conway III
Adam D. Gold
51 West 52nd Street
New York, NY 10019
Tel: 212-403-1000

*Counsel for Defendants M&T Bank Corp., Robert G. Wilmers, Rene F. Jones, Mark J. Czarnecki, Brent D. Baird, Angela C. Bontempo, Robert T. Brady, Jefferson T. Cunningham, III, Gary N. Geisel, John D. Hawke, Jr., Patrick W. E. Hodgson, Richard King, Jorge G. Pereira, Melinda R. Rich, Robert E. Sadler, Jr., Herbert L. Washington*

IT IS SO ORDERED this 20 day of January, 2016.

_____
Honorable Richard G. Andrews