UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DAVID JAROSLAWICZ, individually and :
on behalf of all others similarly situated, :
                                                                     Plaintiff, :
                          v. :
                                                             :
M&T BANK CORPORATION, HUDSON :
CITY BANCORP, INC., ROBERT G. :
WILMERS, RENÉ F. JONES, MARK J. :
CZARNECKI, BRENT D. BAIRD, C. :
ANGELA BONTEMPO, ROBERT T. : Civil Action No. 1:15-cv-00897-RGA
BRADY, T. JEFFERSON CUNNINGHAM :
III, GARY N. GEISEL, JOHN D. HAWKE, :
JR., PATRICK W.E. HODGSON, :
RICHARD G. KING, JORGE G. PEREIRA, :
MELINDA R. RICH, ROBERT E. :
SADLER, JR., HERBERT L. :
WASHINGTON, DENIS J. SALAMONE, :
MICHAEL W. AZZARA, VICTORIA H. :
BRUNI, DONALD O. QUEST, JOSEPH G. :
SPONHOLZ, CORNELIUS E. GOLDING, :
WILLIAM G. BARDEL, and SCOTT A. :
BELAIR, :
                                         Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION AND [PROPOSED] ORDER GOVERNING BRIEFING ON
DEFENDANTS' MOTIONS TO DISMISS**

This Stipulation is entered into between and among Defendants M&T Bank Corporation ("M&T Bank"), Robert G. Wilmers, Rene F. Jones, Mark J. Czarnecki, Brent D. Baird, C. Angela Bontempo, Robert T. Brady, T. Jefferson Cunningham, III, Gary N. Geisel, John D. Hawke, Jr., Patrick W.E. Hodgson, Richard G. King, Jorge G. Pereira, Melinda R. Rich, Robert E. Sadler, Jr., and Herbert L. Washington (collectively, with M&T Bank, the "M&T Defendants") and Hudson City Bancorp, Inc. ("Hudson City"), Denis J. Salamone, Michael W. Azzara, Victoria H. Bruni, Donald O. Quest, Joseph G. Sponholz, Cornelius E. Golding, William

G. Bardel, and Scott A. Belair (collectively, with Hudson City, the "Hudson City Defendants") and present Plaintiff David Jaroslawicz, Lead Plaintiff the Belina Family and additional plaintiff Jeff Krublit ("Plaintiffs") in the above-captioned action:

WHEREAS, the Court appointed the Belina Family as Lead Plaintiff on January 8, 2016;

WHEREAS, all parties stipulated to a Scheduling Order governing certain deadlines regarding an Amended Complaint and the responses thereto, which the Court entered on January 21, 2016;

WHEREAS, Plaintiffs filed an Amended Complaint on February 19, 2016;

WHEREAS, the M&T Defendants and the Hudson City Defendants (collectively, the "Defendants") intend to move to dismiss the Amended Complaint; and

WHEREAS, counsel for all parties have discussed the most efficient means of briefing the forthcoming motions to dismiss.

IT IS HEREBY STIPULATED AND AGREED that:

1. Defendants shall file a single, joint opening brief in support of their motion to dismiss not to exceed 50 pages;

2. Plaintiffs shall file a single, omnibus answering brief in opposition to Defendants' motion to dismiss not to exceed 50 pages;

3. Defendants shall file a single, joint reply in support of their motion to dismiss not to exceed 30 pages.

Dated: March 8, 2016

- 3 -

| | |
|---|---|
| **MURPHY & LANDON** | **POTTER ANDERSON & CORROON LLP** |
| */s/ Francis J. Murphy, Jr.* <br> Francis J. Murphy, Jr. (DE Bar No. 223) <br> Jonathan L. Parshall (DE Bar No. 3247) <br> 1011 Centre Road, Suite 210 <br> Wilmington DE, 19805 <br> Tel: 302-472-8100 | */s/ Kevin R. Shannon* <br> Kevin R. Shannon (DE Bar No. 3137) <br> Hercules Plaza <br> 1313 N. Market Street, 6th Floor <br> Wilmington, DE 19899-0951 <br> Tel: 302-984-6000 |
| *Local Counsel for Lead Plaintiff* | **SULLIVAN & CROMWELL LLP** <br> Tracy Richelle High <br> Christen M. Martosella <br> 125 Broad Street <br> New York, NY 10004-2498 <br> Tel: 212-558-4000 |
| **KAUFMAN, COREN & RESS, P.C.** <br> Deborah R. Gross <br> 2001 Market St. <br> Philadelphia, PA 19103 <br> Tel: 215-735-8700 | |
| **PASKOWITZ LAW FIRM P.C**. <br> Laurence D. Paskowitz <br> 208 East 51st Street, Suite 380 <br> New York, NY 10022 <br> Tel: 212-685-0969 | *Counsel for Defendants Hudson City Bancorp, Inc., Denis J. Salamone, Victoria H. Bruni, Donald O. Quest, Joseph G. Sponholz, Scott A. Belair, Michael W. Azzara, William G. Bardel and Cornelius E. Golding* |
| *Lead Counsel for Lead Plaintiff* | |

| | |
|---|---|
| *Additional Plaintiffs' Counsel*: | **REED SMITH LLP** |
| **ROY JACOBS & ASSOCIATES** | */s/ John C. Cordrey* |
| Roy Jacobs | John C. Cordrey (DE Bar No. 5324) |
| 420 Lexington Avenue, Suite 2440 | 1201 Market Street, Suite 1500 |
| New York, NY 10170 | Wilmington, DE 19801 |
| Tel: 212-867-1156 | Tel: 302-778-7500 |
| | **WACHTELL LIPTON ROSEN & KATZ** |
| | George T. Conway III |
| | Adam D. Gold |
| | 51 West 52nd Street |
| | New York, NY 10019 |
| | Tel: 212-403-1000 |

*Counsel for Defendants M&T Bank Corporation, Robert G. Wilmers, Rene F. Jones, Mark J. Czarnecki, Brent D. Baird, C. Angela Bontempo, Robert T. Brady, T. Jefferson Cunningham, III, Gary N. Geisel, John D. Hawke, Jr., Patrick W. E. Hodgson, Richard King, Jorge G. Pereira, Melinda R. Rich, Robert E. Sadler, Jr., Herbert L. Washington*

**IT IS SO ORDERED** this _____ day of _____, 2016.

_____
Honorable Richard G. Andrews