# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID JAROSLAWICZ, Individually, and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> M&T BANK CORPORATION, HUDSON CITY BANCORP, INC., ROBERT G. WILMERS, RENÉ F. JONES, MARK J. CZARNECKI, BRENT D. BAIRD, C. ANGELA BONTEMPO, ROBERT T. BRADY, T. JEFFERSON CUNNINGHAM III, GARY N. GEISEL, JOHN D. HAWKE, JR., PATRICK W.E. HODGSON, RICHARD G. KING, JORGE G. PEREIRA, MELINDA R. RICH, ROBERT E. SADLER, JR., HERBERT L. WASHINGTON, DENIS J. SALAMONE, MICHAEL W. AZZARA, VICTORIA H. BRUNI, DONALD O. QUEST, JOSEPH G. SPONHOLZ, CORNELIUS E. GOLDING, WILLIAM G. BARDEL, and SCOTT A. BELAIR, <br><br> *Defendants*. | Civil Action No. 15–897–RGA |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants M&T Bank Corporation, Hudson City Bancorp, Inc., Robert G. Wilmers, René F. Jones, Mark J. Czarnecki, Brent D. Baird, C. Angela Bontempo, Robert T. Brady, T. Jefferson Cunningham III, Gary N. Geisel, John D. Hawke, Jr., Patrick W.E. Hodgson, Richard G. King, Jorge G. Pereira, Melinda R. Rich, Robert E. Sadler, Jr., Herbert L. Washington, Denis J. Salamone, Michael W. Azzara, Victoria H. Bruni, Donald O. Quest, Joseph G. Sponholz, Cornelius E. Golding, William G. Bardel, and Scott A. Belair (collectively, "Defendants"), by and through their undersigned counsel, hereby move pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u–4 et seq., to dismiss the Amended Class Action Complaint of Lead Plaintiff the Belina Family and additional plaintiff Jeff Krublit, individually and on behalf of all others similarly situated, D.I. 54, because it fails to

state a claim upon which relief can be granted. Defendants have filed an opening brief in support of their motion.

WHEREFORE, defendants respectfully request that their motion to dismiss be granted.

| POTTER ANDERSON & CORROON LLP | REED SMITH LLP |
|---|---|
| */s/ Kevin R. Shannon* | */s/ John C. Cordrey* |
| Kevin R. Shannon (DE Bar No. 3137)<br>Hercules Plaza<br>1313 N. Market Street, 6th Floor<br>Wilmington Delaware 19899<br>(302) 984–6000 | John C. Cordrey (DE Bar No. 5324)<br>1201 Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 778–7500 |
| Tracy Richelle High (*pro hac vice pending*)<br>Christen M. Martosella (*pro hac vice pending*)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558–4000 | George T. Conway III (*admitted pro hac vice*)<br>Adam D. Gold (*admitted pro hac vice*)<br>Jordan L. Pietzsch (*admitted pro hac vice*)<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York 10019<br>(212) 403–1000 |
| *Attorneys for Defendants Hudson City Bancorp, Inc., Denis J. Salamone, Victoria H. Bruni, Donald O. Quest, Joseph G. Sponholz, Scott A. Belair, Michael W. Azzara, William G. Bardel and Cornelius E. Golding* | *Attorneys for Defendants M&T Bank Corporation, Robert G. Wilmers, René F. Jones, Mark J. Czarnecki, Brent D. Baird, C. Angela Bontempo, Robert T. Brady, T. Jefferson Cunningham III, Gary N. Geisel, John D. Hawke, Jr., Patrick W.E. Hodgson, Richard G. King, Jorge G. Pereira, Melinda R. Rich, Robert E. Sadler, Jr., and Herbert L. Washington* |

April 19, 2016