# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID JAROSLAWICZ, Individually, and on behalf of all others similarly situated,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>M&T BANK CORPORATION; HUDSON CITY BANCORP INC.; *THE ESTATE OF ROBERT G. WILMERS, BY ITS PERSONAL REPRESENTATIVES ELISABETH ROCHE WILMERS, PETER MILLIKEN, AND HOLLY MCALLISTER SWETT; RENE F. JONES; MARK J. CZARNECKI; BRENT D. BAIRD; ANGELA C. BONTEMPO; ROBERT T. BRADY; T. JEFFERSON CUNNINGHAM, III; GARY N. GEISEL; JOHN D. HAWKE, JR.; PATRICK W.E. HODGSON; RICHARD G. KING; JORGE G. PEREIRA; MELINDA R. RICH; ROBERT E. SADLER, JR.; HERBERT L. WASHINGTON; DENIS J. SALAMONE; MICHAEL W. AZZARA; VICTORIA H. BRUNI; DONALD O. QUEST; JOSEPH G. SPONHOLZ; CORNELIUS E. GOLDING; WILLIAM G. BARDEL; SCOTT A. BELAIR  )<br><br>BELINA FAMILY; JEFF KRUBLIT,  )<br><br>Defendants.  ) | Civ. No. 15-cv-00897 RGA |

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

1

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Steven M. Coren, Esquire to represent David Jaroslawicz/Plaintiff in this matter.

Dated:  October 14, 2020                **MURPHY & LANDON**

/s/ *Francis J. Murphy*

Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE 19806
Tel. (302) 472-8100
Fax (302) 472-8135
fmurphy@msllaw.com

*Attorneys for Plaintiff*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
United States District Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

Date: 10-14-20     Signed: _____
Steven M. Coren, Esq.
Kaufman, Coren & Ress, P.C.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103