## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DAVID JAROSLAWICZ, individually
and on behalf of all others similarly
situated,

                              Plaintiffs,

                    v.

M&T BANK CORPORATION, *et al.*,

                              Defendants.

Case No. 1:15-cv-00897-EJW

Honorable Evan J. Wallach

**Affidavit of Kenneth A. Elan**

STATE OF NEW YORK    )
                     )   ss:
COUNTY OF NASSAU     )

**KENNETH A. ELAN,** being duly sworn, deposes and says:

1       I am an attorney duly admitted to practice law in the State of New York.

I submit this affidavit in order to provide the Court with further information as to

charitable donations I made in 2015. At the outset, I wish the Court to note that I

spent this past winter in Florida and did not return to my home in New York until

the last week of April. During the time I was away, I had no access to papers

pertaining to my legal practice including checkbooks and ledgers from prior years.

At no time was it my intention to shirk from my duty to provide the Court with

additional documents or information pertaining to the donation I made to the

Bridgewater JCC. Nevertheless, I apologize for failing to provide information pertaining to charitable donations I made in 2015 in advance of the most recent hearing before Your Honor.

2.      I have been a sole practitioner since 1986. I have always filed a joint tax return with my wife. My business income/expenses are shown on Schedule C of our return. As a sole practitioner, it has been my custom to make donations out of my Attorney Business Account as well as my joint (personal) account with my wife. On some occasions, I have made donations using a credit card too. The information below is the result of a review of my 2015 Attorney Business Account ledger. The ledger memorializes the checks I wrote out of the account. Parenthetically, my business records from 2015 (including bank statements and canceled checks) were discarded at the end of 2022. This was in keeping with my duty as an attorney, to retain records for seven (7) years.

3.      I would have the Court note that I did not foresee the possibility that I would be required to produce these checks (in addition to the check payable to Bridgewater which was provided). In retrospect, I can see now how this was shortsighted. Below is the list of donations made in 2015 (in addition to the one made to Bridgewater JCC). Copies of the respective entry in my ledger are annexed as cumulative Exhibit A:

Check No. 1011 dated May 12, 2015, payable to Chai Lifeline in the amount of $100.00;

Check No. 1028 dated July 7, 2015, payable to the order of Glen Cove Library in the amount of $100.00;

Check No. 1029 dated July 9, 2015, payable to the order of We Care Fund in the amount of $200.00;

Check No. 1032 dated July 21, 2015, payable to the order of Thirteen/WNET in the amount of $100.00;

Check No. 1065 dated November 2, 2015, payable to the order of Multiple Sclerosis Society in the amount of $100.00; and

Check No. 1073 dated November 16, 2015, payable to the order of Chai Lifeline in the amount of $100.00.

Should the Court wish to view and inspect the entire (original) ledger, I am prepared to produce it for *in camera* inspection.

4.       I also found a ledger from my joint (personal) account with my wife where I wrote Check No. 9363 dated September 25, 2015, payable to the order of Community Synagogue in the amount of $118.00. A copy of the entry in the ledger is annexed as Exhibit B. This ledger does not cover all checks written out of the joint

account. However, as of the date hereof, I am unable to find any other 2015 ledger from my joint account.

5.      I have no doubt that there were additional donations made by me (and, in some cases, by my wife). My certainty is based on a review of my 2015 federal income tax return. The returns show total donations of $2,597. A copy of the pertinent page from my federal tax return is annexed as Exhibit C. These donations were, in all likelihood, made out of my personal account or by credit card since, to the best of my knowledge, I have listed all of the donations made out of my business account in 2015.

6.      I have been in contact with Citibank where I maintain my business and personal savings and checking accounts. I was advised today that it will take the bank 5-7 business days to respond to my request for production of the checks referred to in the preceding paragraph. Needless to say, assuming Citibank produces the checks I will provide a supplemental affidavit to the Court with copies of the checks annexed.

7.      As stated in my prior affidavit filed with the Court, my donation to the Bridgewater JCC was not out of the ordinary. I have made numerous donations over the years to Jewish and other charities. Moreover, as was the case with my donation to the Bridgewater JCC, several of the donations were made at the request of friends

and colleagues. Annexed as Exhibit D are copies of checks written out of my Attorney Business Account during the period 2016-2021 reflecting charitable contributions I made over the last several years (and before the Bridgewater check became an issue in 2022). Below is a breakdown of the payees of those checks:

2016: UJA Federation; Community Chest of Port Washington;

2017: Cycle for Survival; Chai Lifeline; Port Washington Community Chest; We Care Fund; Planned Parenthood; Thirteen Associates; Save the Sound; UJA Federation;

2018: UJA Federation; University of Baltimore Foundation; Shimon and Sara Birnbaum JCC; Chai Lifeline;

2019: Tree of Life; Wilderness Society; Planned Parenthood; Cycle for Survival; Scott J. Beigel Memorial Fund; ASPCA; Wilderness Society; We Care Fund; Community Chest of Port Washington; Chai Lifeline;

2020: Sierra Club; Planned Parenthood; John A. Reisenbach Foundation; Community Mainstreaming; Thirteen/WNET; UJA Federation of New York; US Holocaust Museum; University of Baltimore; Community Chest of Port Washington; and

2021: Camp Simcha; Community Chest of Port Washington; Sierra Club; Friends of New York Public Library; Coalition to Save Hempstead Harbor; Temple Bethel Brotherhood; Planned Parenthood; WNET/Thirteen.

8.     Furthermore, in order to dispel any remaining concerns, I am prepared to appear before the Court and testify as to my donation to the Bridgewater JCC and/or any related issue.

9.     Further your deponent sayeth not.

KENNETH A. ELAN

Sworn to before me this
12 day of June 2023

Notary Public

ROBERT I ELAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02EL4650898
Qualified in Nassau County
My Commission Expires 12/3 0/2025

# Exhibit A

| CK OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | √ | FEE | DEPOSIT AMOUNT | $ BALANCE |
|---|---|---|---|---|---|---|---|
| 1073 | 11/16 | chan Lifeline (Contrib.) | | | | (Contrib.) | 100 | W |

PROTECT YOUR ACCOUNT - USE DARK INK WHEN WRITING CHECKS. NEVER USE PENCIL OR ERASABLE INK.



Automatic Deposit   AP-Automatic Payment   ATM-Teller Machine   DC-Debit Card   T-Tax Deductible   TT-Telephone Transfer

| CK OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | $ BALANCE |
|---|---|---|---|---|---|---|---|

| 106 | 11/2 | Matthew Schwarz (Cont'd) | | | | | 1 7 2 |

PROTECT YOUR ACCOUNT – USE CHECKS IN SEQUENTIAL ORDER. RECONCILE STATEMENTS PROMPTLY.

| | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | $ BALANCE |
|---|---|---|---|---|---|---|---|
| 1028 | 7/7 | Glen Cove Public Library (D. Melly) | | | | | 10 00 |
| 1029 | 7/8 | We Care Fund (Contrib.) | | | | | 200 00 |
| 1032 | 7/21 | Thirteen / WNET (Contrib.) | | | | | 10 00 |

PROTECT YOUR ACCOUNT – WHEN WRITING A CHECK, START AT THE FAR LEFT. DO NOT LEAVE SPACE FOR EXTRA NUMBERS TO BE WRITTEN.

| AD-Automatic Deposit | | AP-Automatic Payment | | ATM-Teller Machine | | DC-Debit Card | | T-Tax Deductible | | TT-Telephone Transfer |
|---|---|---|---|---|---|---|---|---|---|---|

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | $ | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 1011 | 8/12 | Chai Lifeline (Cntrb.) | | | | | | 100 00 |

PROTECT YOUR ACCOUNT - USE CHECKS IN SEQUENTIAL ORDER, RECONCILE STATEMENTS PROMPTLY.

# Exhibit B

9363

✔ **Track Your Expenses**

| | | |
|---|---|---|
| ☐ Auto/Travel | ☐ Education | ☐ Medical/Dental |
| ☐ Business | ☐ Entertainment | ☐ Savings |
| ☐ Charities | ☐ Food | ☐ Taxes |
| ☐ Clothing | ☐ Home | ☐ Utilities |
| ☐ Dependent Care | ☐ Insurance | ☐ Other |

5/29/15

| | |
|---|---|
| BAL. FOR'D | |
| ITEM AMOUNT | 118.70 |
| BALANCE | |
| DEPOSIT | |
| FOR'D | |

Duplicate is produced using soy-based materials.
Images may appear light.

☐ TAX DEDUCTIBLE ITEM

Memo _____

For enhanced security your account number will not be printed on this copy

**NOT NEGOTIABLE**

# Exhibit C

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Itemized Deductions

▶ Information about Schedule A and its separate instructions is at www.irs.gov/schedulea.

▶ Attach to Form 1040.

OMB No. 1545-0074

**2015**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

KENNETH & JOCELIN ELAN

Your social security number

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | |
| | 2 | Enter amount from Form 1040, line 38 | 2 | | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1951, multiply line 2 by 7.5% (.075) instead | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 0 |
| **Taxes You Paid** | 5 | State and local (check only one box): | 5 | | |
| | | a ☒ Income taxes, or | | | |
| | | b ☐ General sales taxes | | | |
| | 6 | Real estate taxes (see instructions) | 6 | | |
| | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | | |
| **Note:** Your mortgage interest deduction may be limited (see instructions). | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | | |
| | 15 | Add lines 10 through 14 | | 15 | |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | 2,597 | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | | |
| | 18 | Carryover from prior year | 18 | | |
| | 19 | Add lines 16 through 18 | | 19 | 2,597 |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | 21 | | |
| | 22 | Tax preparation fees | 22 | | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 23 | | |
| | | See Statement 1 | | | |
| | 24 | Add lines 21 through 23 | 24 | | |
| | 25 | Enter amount from Form 1040, line 38 | 25 | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | |
| **Other Miscellaneous Deductions** | 28 | Other—from list in instructions. List type and amount ▶ | | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $154,950? | | | |
| | | ☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. | | 29 | |
| | | ☒ **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | | |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

DAA

Schedule A (Form 1040) 20

# Exhibit D

citibank CitiBusiness®

KENNETH A ELAN ESQ

Account [redacted]     Page 3 of 4     001/R1/20F000
Statement Period: Apr 22 - May 20, 2016

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # 4 [redacted]



Ck Date: 04/25/2016 Ck No: 1117 Amt: $900.00

**citibank**

KENNETH A ELAN ESQ

CitiBusiness

Account
Statement Period: May 21 - Jun 21, 2016

Page 3 of 4            001/R1/20F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account #



Ck Date: 05/31/2016 Ck No: 1005 Amt: $100.00

**KENNETH A. ELAN ESQ.**
217 BROADWAY STE 603
NEW YORK, NY 10007

1-8
210 37

1176

Date 4/18/2017

Pay to the order of Community Chest $ 700.00

Nine Hundred _____ Dollars

**citi**bank

CITIBANK, N.A. BR. #37
250 BROADWAY, OPPOSITE CITY HALL
NEW YORK, NY 10007

Memo _____

⑆0 2 ⑈0000 8 9 ⑈



KENNETH A. ELAN ESQ.
217 BROADWAY STE 603
NEW YORK, NY 10007

1-8
210 37

1196

Date 6/12/2017

Pay to the order of  Chain Lifeline

$ /00.00

One Hundred                                          Dollars

**citibank**

CITIBANK, N.A. BR. #37
250 BROADWAY, OPPOSITE CITY HALL
NEW YORK, NY 10007

Memo

⑈0210000891⑈

0153153153

>221272031<
IDVestors Bank #153
DEPOSIT ONLY  –2017–06–15
0153169158
Batch 109755586

97299800039

Post Date: 06/16/17
Amount: $100.00
Check No.: 1196
DIN: 149100214202
FIMP: 0

Account:
Routing & Transit:    21000089

Sequence No.: 0

**KENNETH A. ELAN ESQ.**
217 BROADWAY STE 603
NEW YORK, NY 10007

$\frac{1-9}{210}$37

1029

Date 2/15/2017

Pay to the order of _Cycle for Survival_   $ /00. 00

_One Hundred_   Dollars

**citibank**

CITIBANK, N.A. BR. 837
250 BROADWAY, OPPOSITE CITY HALL
NEW YORK, NY 10007

Memo

⑈021000089⑈   ⑈00000 10000⑈



**KENNETH A. ELAN ESQ.**
217 BROADWAY STE 603
NEW YORK, NY 10007

1-9/210 37    1108

Date 7/13/2017

Pay to the order of We Care Fund    $ 100.00

One Hundred — xx/100 Dollars

**citibank**

CITIBANK, N.A. BR. #37
250 BROADWAY, OPPOSITE CITY HALL
NEW YORK, NY 10007

Memo

⑆021000089⑈

---

Capital One, N.A. Richmond VA 065000090

46370FUY283052017072600000739 07547

>065000090<
CAPITAL ONE, NA
0052726936          07262017
RICHMOND, VA 016 23
Deposit          7047229000

Post Date: 07/26/17
Amount: $100.00
Check No.: 1108
DIN: 14914 1636195
FIMP: 0

Account:
Routing & Transit: 21000089

Sequence No.: 0



KENNETH A. ELAN ESQ.
217 BROADWAY STE 603
NEW YORK, NY 10007

Date 5/15/2017

1142

Pay to the order of  Planned Parenthood of NYC  $ 50.00

Fifty

Dollars

citibank®

CITIBANK, N.A. BR. 437
290 BROADWAY OPPOSITE CITY HALL
NEW YORK, NY 10007

Memo

⑆021000089⑆

Seq: 50
Batch: 313899
Date: 09/21/17

Post Date: 09/22/17
Amount: $50.00
Check No.: 1142
DIN: 149121886374
FIMP: O

Account:
Routing & Transit: 21000089

Sequence No.: O

**KENNETH A. ELAN ESQ.**
217 BROADWAY STE 603
NEW YORK, NY 10007

1-8
210 37          1138

Date 8/12/2017

Pay to the order of _Thirteen Assocs._   | $ 75.00

_Seventy Five_                    xx/100   Dollars

**citibank**

CITIBANK, N.A. BR 437
250 BROADWAY, OPPOSITE CITY HALL
NEW YORK, NY 10007

Memo

⑆021000089⑈

**KENNETH A. ELAN ESQ.**
217 BROADWAY STE 603
NEW YORK, NY 10007

1-8/210 37                    1136

Date 7/7/2017

Pay to the order of *Save the Sound*                    $50.00

*Fifty* *+4/100*                                        Dollars

**citibank®**

CITIBANK, N.A. BR. #37
280 BROADWAY OPPOSITE CITY HALL
NEW YORK, NY 10007

Memo

⑈021000089⑈

---

Post Date: 09/20/17
Amount: $50.00
Check No.: 1136
DIN: 149121539476
FIMP: 0

Account:
Routing & Transit: 21000089

Sequence No.: 0

KENNETH A. ELAN ESQ.
217 BROADWAY STE 603
NEW YORK, NY 10007

$\frac{1-8}{210}$37                    1167

Date  11/28/2017

Pay to the order of  UJA Federation                    $ /00.00

One Hundred                                    Dollars

**citibank®**

CITIBANK, N.A., BR. #37
258 BROADWAY, OPPOSITE CITY HALL
NEW YORK, NY 10007

Memo

⑈0 2 10000 89⑈                    ⑈"00000 10000"⑈

JPMORGANCHASE BK NA          CR TO NMD
120817        >074909962<      PAYEE ALL
16175307         0004917         RTS RSVD
00772508      187         0000005006002903

Post Date:  12/08/17
Amount:  $100.00                    Account:
Check No.:  1167                    Routing & Transit:  21000089
DIN:  149931263369
FIMP:  0                    Sequence No.:  0

**Citibank** **CitiBusiness®**

KENNETH A ELAN ESQ

Account ▮▮▮▮▮▮  Page 5 of 8
Statement Period: Dec 13 - Jan 11, 2019

001/R1/20F000
R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ▮▮▮▮▮▮

Ck Date: 12/19/2018 Ck No: 1213 Amt: $50.00



Ck Date: 12/19/2018 Ck No: 1217 Amt: $50.00



Ck Date: 01/03/2019 Ck No: 1218 Amt: $100.00



Ck Date: 12/27/2018 Ck No: 1224 Amt: $100.00

citibank®                                                                    CitiBusiness®
KENNETH A ELAN ESQ

Account ▮▮▮▮▮▮▮▮▮                    Page 5 of 6              001/R1/20F000
Statement Period: Mar 13 - Apr 10, 2019                                        R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered
checks will appear first. Non-check items will appear last.

Check images for account # ▮▮▮▮▮▮▮▮



Ck Date: 03/25/2019 Ck No: 1219 Amt: $100.00

Ck Date: 03/13/2019 Ck No: 1325 Amt: $50.00

citibank®

**CitiBusiness**®

KENNETH A ELAN ESQ

Account
Statement Period:  Feb 13 - Mar 12, 2019

Page 5 of 6

001/R1/20F000
R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account #



Ck Date: 02/19/2019 Ck No: 1322 Amt: $200.00

Ck Date: 02/27/2019 Ck No: 1324 Amt: $100.00

**citibank**
KENNETH A ELAN ESQ

Account ▮▮▮▮▮▮   Page 5 of 8
Statement Period:  Apr 11 - May 10, 2019

001/R1/20F000
R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ▮▮▮▮▮▮



Ck Date: 04/17/2019 Ck No: 1344 Amt: $100.00

# citibank

**CitiBusiness**®

KENNETH A ELAN ESQ

Account ▇▇▇▇▇▇▇▇   Page 3 of 6
Statement Period: May 11 - Jun 12, 2019

001/R1/20F000
R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ▇▇▇▇▇▇▇▇

0-0

1714

EDLR406H 1076 0522 CFN0355 07 1906J3 PAGE 00002 OF 00005



Ck Date: 06/07/2019 Ck No: 1091 Amt: $1000.00

**citibank**

**CitiBusiness**®

KENNETH A ELAN ESQ

Account [redacted]          Page 5 of 6
Statement Period:  Jul 12 - Aug 12, 2019

001/R1/20F000
R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # [redacted]



Ck Date: 08/01/2019 Ck No: 1362 Amt: $100.00

# citibank

**KENNETH A ELAN ESQ**

CitiBusiness®

Account [ ]   Page 5 of 8
Statement Period: Aug 13 - Sep 12, 2019

001/R1/20F000
R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last

Check images for account # [ ]



Ck Date: 08/22/2019 Ck No: 1373 Amt: $100.00



Ck Date: 08/26/2019 Ck No: 1374 Amt: $100.00

Ck Date: 09/09/2019 Ck No: 1378 Amt: $100.00

**citibank**

**CitiBusiness®**

KENNETH A ELAN ESQ

Account [REDACTED]          Page 3 of 6
Statement Period:  Sep 13 - Oct 10, 2019

001/R1/20F000
R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # [REDACTED]

KENNETH A. ELAN ESQ.
217 BROADWAY STE 608
NEW YORK NY 10007

1384

Date  9/4/15

Pay to the order of  Scott J. Bergel Memorial Fund   $ 100.00

One Hundred                                      Dollars

citibank®

Memo

Ck Date: 09/23/2019 Ck No: 1384 Amt: $100.00

KENNETH A ELAN ESQ

Account ▮▮▮▮▮▮                Page 3 of 6          001/R1/20F000
Statement Period:  Jun 11 - Jul 10, 2020                              R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered
checks will appear first. Non-check items will appear last.

Check images for account #  ▮▮▮▮▮▮



Ck Date: 06/25/2020 Ck No: 1492 Amt: $100.00

Ck Date: 06/25/2020 Ck No: 1495 Amt: $100.00

CitiBusiness®

KENNETH A ELAN ESQ

Account ▓▓▓▓▓▓
Statement Period:  Jul 11 - Aug 12, 2020

Page 5 of 8

001/R1/20F000
R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ▓▓▓▓▓▓



Ck Date: 07/30/2020 Ck No: 1503 Amt: $100.00



Ck Date: 07/23/2020 Ck No: 1505 Amt: $100.00

Ck Date: 08/04/2020 Ck No: 1507 Amt: $50.00

6 3

citibank®                                                              CitiBusiness®

KENNETH A ELAN ESQ

Account [redacted]                    Page 7 of 8                      001/R1/20F000
Statement Period: Sep 12 - Oct 13, 2020                                R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered
checks will appear first. Non-check items will appear last.

Check images for account # [redacted]



Ck Date: 10/09/2020 Ck No: 1550 Amt: $100.00

**CitiBusiness®**

**Citibank®**

KENNETH A ELAN ESQ

Account █████████          Page 5 of 8
Statement Period:  Oct 14 - Nov 12, 2020

001/B1/20F000
R

0-1

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # █████████



Ck Date: 10/27/2020 Ck No: 1557 Amt: $50.00

1565

EOLR4GGI 1076 0522 CFM033 67 201113 PAGE 09003 OF 00004

**citibank**

**CitiBusiness**

KENNETH A ELAN ESQ

Account

Statement Period: Nov 13 - Dec 10, 2020

Page 5 of 8

001/R1/20F000
R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account #

KENNETH A. ELAN ESQ.
217 BROADWAY STE 603
NEW YORK, NY 10007

1570

Pay to the order of

citibank

Ck Date: 11/20/2020 Ck No: 1570 Amt: $50.00



KENNETH A. ELAN ESQ.
217 BROADWAY STE 603
NEW YORK, NY 10007

1575

Pay to the order of

citibank

Ck Date: 11/24/2020 Ck No: 1575 Amt: $56.00

# Citibank

KENNETH A ELAN ESQ

CitiBusiness™

Account

Page 7 of 8

Statement Period: Jan 14 - Feb 10, 2021

001/R1/20F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account #



Ck Date: 01/14/2021 Ck No: 1587 Amt: $100.00

Ck Date: 01/19/2021 Ck No: 1591 Amt: $100.00

1293

citibank®
KENNETH A ELAN ESQ

CitiBusiness®

Account [redacted]
Page 7 of 8
Statement Period: Dec 11 - Jan 13, 2021

001/R1/20F000
R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # [redacted]



KENNETH A. ELAN ESQ.
217 BROADWAY STE 603
NEW YORK, NY 10007

1594

Date 12/28/2020

Pay to the order of  Siena Club    $ 50.00

citibank®

Ck Date: 01/13/2021 Ck No: 1594 Amt: $50.00

6 3

**citibank**®

KENNETH A ELAN ESQ

CitiBusiness®

Account [REDACTED]
Statement Period: Mar 11 - Apr 12, 2021

Page 5 of 8

001/R1/20F000
R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # [REDACTED]



Ck Date: 03/19/2021 Ck No: 1622 Amt: $100.00

0-0

1274

EDLR406H 1076 0522 CFM033 07 210413 PAGE 00003 OF 00004

CitiBank

CitiBusiness®

KENNETH A. ELAN ESQ

Account [REDACTED]
Page 7 of 8
Statement Period: May 13 - Jun 10, 2021

001/R1/20F000
R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # [REDACTED]



Ck Date: 06/09/2021 Ck No: 1723 Amt: $100.00



Ck Date: 06/10/2021 Ck No: 1724 Amt: $10.00

EDLR+06H 1076 0522 CFM033 07 210611 PAGE 00004 OF 00004

citibank

KENNETH A ELAN ESQ

Case 1:15-cv-00897-EJW   Document 212   Filed 06/12/23   Page 44 of 46 PageID #: 10436

Citibusiness

Account
Statement Period: Sep 14 - Oct 13, 2021

Page 7 of 8

001/R1/20F000
R

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account #



Ck Date: 10/12/2021 Ck No: 1786 Amt: $100.00

citibank

KENNETH A. ELAN ESQ

Account

Statement Period: Oct 14 - Nov 10, 2021

Page 5 of 8

001/R1/20F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account #



Ck Date: 10/18/2021 Ck No: 1788 Amt: $72.00

Ck Date: 10/27/2021 Ck No: 1798 Amt: $150.00

citibank®

KENNETH A ELAN ESQ

CitiBusiness℠

Account ▮▮▮▮▮▮▮▮▮▮   Page 7 of 8   0017R1/20F000
Statement Period: Nov 11 - Dec 10, 2021

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ▮▮▮▮▮▮▮▮▮▮



KENNETH A. ELAN ESQ.
14 VANDERVENTER AVE STE 115
PORT WASHINGTON, NY 11000

1814

Date 11/26/2021

Pay to the order of Friends of New York Public Library   $ 50.00

citibank®
CITIBANK, N.A.

Memo
⑆021000089⑆

Ck Date: 11/30/2021 Ck No: 1814 Amt: $50.00

KENNETH A. ELAN ESQ.
14 VANDERVENTER AVE STE 115
PORT WASHINGTON, NY 11092

1818

Date 11/30/2021

Pay to the order of Coalition to Save Humpated Hcches   $ 50.00

citibank®
CITIBANK, N.A.

Memo
⑆021000089⑆

Ck Date: 12/07/2021 Ck No: 1818 Amt: $50.00

63