

FRANCIS J. MURPHY
FMURPHY@MSLLAW.COM

June 13, 2023

**By CM/ECF & FedEx**
The Honorable Evan J. Wallach
U. S. Court of Appeals for the Federal Circuit
Howard T. Markey National Courts Building
717 Madison Place, NW
Washington, DC 20349

    Re:    *Jaroslawicz v. M&T Bank Corporation, et al.*
            **C.A. No. 1:15-cv-00897-EJW (District of Delaware)**

Dear Judge Wallach:

    We are submitting without comment the June 12, 2023 Affidavit of Kenneth A. Elan filed yesterday. (D.I. 212)

                        Respectfully yours,

                        */s/ Francis J. Murphy*
                        Francis J. Murphy, Esq.
                        DE Bar ID #223

FJM/mam
Enc.
Cc:  All Counsel of Record (by CM/ECF)

{00286149.1}