**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

DAVID JAROSLAWICZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

M&T BANK CORPORATION; Michael W. Azzara; Brent D. Baird; William G. Bardel; Scott A. Belair; Angela C. Bontempo; Robert T. Brady; Victoria H. Bruni; T. Jefferson Cunningham, III; Mark J. Czarnecki; Gary N. Geisel; Cornelius E. Golding; John D. Hawke, Jr.; Patrick W.E. Hodgson; Hudson City Bancorp Inc.; Rene F. Jones; Richard G. King; Jorge G. Pereira; Donald O. Quest; Melinda R. Rich; Robert E. Sadler, Jr.; Denis J. Salamone; Joseph G. Sponholz; Herbert L. Washington; and Robert G. Wilmers.

Defendants.

Civil Action No. 1:15-cv-00897-EJW

**FINAL JUDGMENT**

For the reasons set forth in the Memorandum Opinion and Order dated March 24, 2026 (D.I. 314);

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is hereby entered in favor of Defendants and against Plaintiff.

Dated: March 24, 2026

*/s/ Evan J. Wallach*
EVAN J. WALLACH
CIRCUIT JUDGE, SITTING BY DESIGNATION

/s/ *L. Hill*
(By) Deputy Clerk